UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY LASHAWN FORTNER,<br>　　　　Plaintiff,<br>　　v.<br>LAKE COUNTY JAIL, et al.,<br>　　　　Defendants. | Case No. 25-cv-02506-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, the Court DISMISSES this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:　7/14/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge